UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACIO VALEIRAS, as trustee of THE VALEIRAS FAMILY TRUST dated July 20, 2017<br><br>Plaintiff,<br><br>v.<br><br>KRISTA FREITAG, in her capacity as Court-appointed receiver for ANI DEVELOPMENT, LLC, AMERICAN NATIONAL INVESTMENTS, INC., and their subsidiaries and affiliates,<br><br>Defendants, | Case No. 3:21-cv-1569-LAB-AHG<br><br>**ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE DECEMBER 20, 2021 HEARING AND VACATING HEARING [Dkt. 6]** |

Plaintiff Horacio Valerias ("Plaintiff"), in his capacity as trustee of The Valeiras Family Trust, filed this action for declaratory relief against Krista Freitag (the "Receiver"), the Court-appointed receiver for ANI Development, LLC, American National Investments, Inc., and their subsidiaries and affiliates on September 7, 2021, after the Receiver announced her intention to file a complaint against Plaintiff. (Dkt. 5-8 at 82). The Complaint in this Action seeks only declaratory relief regarding the nature and extent of Plaintiff's liability to the receivership estate under the claims the Receiver filed nine days later. (*See* Dkt. 1; *see also* S.D. Cal. Case No. 21-cv-1625, Dkt. 1).

The Receiver filed a motion to dismiss or stay this action, (Dkt. 5), and

the Court set that motion for a hearing on December 20, 2021 at 11:30 a.m. The parties are scheduled for an Early Neutral Evaluation with Magistrate Judge Goddard in the Receiver's action on the same date at 9:30 a.m. Plaintiff filed a motion to continue the hearing, and the Receiver opposes that motion. (Dkt. 6).

Because continuing the hearing would delay briefing on the motion to dismiss or stay, and because that briefing may clarify the parties' positions in advance of the Early Neutral Evaluation, the motion to continue is **DENIED**. The hearing on the motion to dismiss or stay is **VACATED**, but may be reset on a later day if necessary. The parties are directed to attend the Early Neutral Evaluation on the 20th.

**IT IS SO ORDERED.**

Dated: December 1, 2021

Hon. Larry Alan Burns
United States District Judge